

809 W Main Ave #303
Spokane WA 99201

Dec 13th, 2019

Vic Arthun
605 E. Cameron Bridge Rd
Bozeman, MT 59718

Dear Vic,

On behalf of NeXus Surgical Innovations, we are very pleased to offer you the position of Spine Specialist Bozeman, MT.  This letter establishes what will be the terms of your employment with the Company if you accept this offer.

**Start Date and Compensation**
If you accept this offer of employment by fulfilling the conditions set forth later in this letter, your start date for this promotion will be January 1st, 2020.

Compensation Outline:

- 100% Commission (8%base)

- You will have the opportunity to earn added quarterly commissions on Bozeman territory revenue based upon standard Nexus commission rates:

- 1% - Additional quarterly commission > 100% PTQ.

- 2% - Additional quarterly commission >105% PTQ

- You are eligible for the Nexus commission rate of 8% for LessRay purchases in your territory.

- You are also eligible for commissions paid out on the following 3rd party lines:  Misonix - 13% Augmedics 5%

- In addition, the Company will cover the following expenses while you are a Spine Specialist:

    o Business travel and meeting expenses including gas, hotel and airfare when traveling outside of your territory

    o Training expenses

All compensation will be payable on the 20th of each month in accordance with the Company's standard payroll practice and subject to applicable withholding taxes.  Because your position will be exempt from overtime pay requirements, your salary will compensate you for all hours worked.

**Benefits**
NeXus Surgical Innovations provides health insurance for employees and a company 401K.

You will be entitled, during the term of your employment, to such vacation and other employee benefits as the Company may offer from time to time, subject to applicable eligibility requirements.  The Company reserves the right to make any modifications to this benefits package that it deems appropriate.  The Company's current policy is to provide you with 2 weeks paid vacation per year.



809 W Main Ave #303
Spokane WA 99201

**Employment at Will**

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, by the Company, its agents, or representatives, whether orally or in writing, are superseded by and canceled by this offer letter.
**Confidentiality, Non competition and Invention Assignment AgreemenAs a condition of your employment, you will be required to sign the enclosed Confidentiality, Non competition and Invention Assignment Agreement ("Confidentiality Agreement"). The Company's willingness to employ you is based in significant part on your commitment to fulfill the obligations specified in the Confidentiality Agreement.**
**Steps to Take to Accept Employment**
If you wish to accept employment with the Company, please do the following:

1-Sign this document via Hellosign

2-Sign the Confidentiality, Non competition and Invention Assignment here in Hellosign

3-Retain for your files one of the copies of each of the documents you executed

4-Return an original signed copy of each document to Derek Mulgrew at 809 W. Main Ave #303, Spokane, WA 99201.

**Final Conditions**
If you accept employment with the Company by performing all of the above steps, this offer letter will set forth the terms of your employment. This letter supersedes any previous discussions or offers, no matter what their source. Any future modifications of or additions to the terms set forth in this letter will be of no effect unless in writing and signed by you and an officer of the Company.

We are excited to see your progression with NeXus Surgical Innovations. We hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if we can answer any questions for you about any of the matters outlined in this letter.


Signature page to follow below



Sincerely,

*[signature]*

Derek Mulgrew
NeXus Surgical Innovations


**ACCEPTANCE**

I accept employment with NeXus Surgical Innovations under the terms set forth in this letter:

Doc ID: 7907ed8276edf7ec6abcf5a59ba2d5bc2e50e03b

**NEXUS**
SURGICAL INNOVATIONS

809 W Main Ave #303
Spokane WA 99201

_R V Arthun_ (signature)
Signature

1/15/2020
Date

R V Arthun
Printed Name

1/12020
Start Date

Doc ID: 7907ed8276edf7ec6abcf5a59ba2d5bc2e50e03b