# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| NUVASIVE, INC. & NEXUS SURGICAL INNOVATIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> RONALD V. ARTHUN, <br><br> Defendant. | 2:20-cv-39-BU-BMM <br><br> **ORDER** |

Upon motion of the parties (Doc. 4) and with good cause shown under 28 U.S.C. § 1404(a), the above captioned case is hereby transferred to the United States District Court for the Eastern District of Washington to consolidate with a related case in that District. Accordingly, **IT IS ORDERED** that the motion (Doc. 4) is **GRANTED** and the case is **TRANSFERRED**.

Dated the 23rd day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court